**H. ELIAS DIAMOND v. LENORE DIAMOND**

27 So. (2nd) 289                                          June Term, 1946
August 2, 1946                                                Division B
Rehearing denied September 19, 1946

*Sydney L. Weintraub* and *G. A. Worley,* for appellant.

*J. Fritz Gordon* for appellee.

PER CURIAM:

Affirmed. Counsel fees for appellee allowed and fixed in the sum of $250.00.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.